TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-04-00394-CV






In re Pamela Delafield







ORIGINAL PROCEEDING FROM BELL COUNTY






M E M O R A N D U M O P I N I O N



 Relator Pamela Delafield filed with this Court a motion for temporary relief and a
petition for writ of mandamus. We overrule Delafield's motion for temporary relief and deny her
petition for writ of mandamus. See Tex. R. App. P. 52.8(a).



 __________________________________________

 David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Filed: August 12, 2004